UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **HOWARD WERT and JOANN WERT** | ) |
| | ) |
| v. | ) NO. 3:04-1094 |
| | ) JUDGE ECHOLS |
| **LA QUINTA INNS, INC.** | ) |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Defendant La Quinta Inns, Inc.'s Objections to Plaintiffs' Deposition Designations (Docket Entry No. 137) are hereby GRANTED IN PART and DENIED IN PART.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1