UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOWARD WERT and JOANN WERT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:04-1094 |
| v. ) | Judge Echols |
| ) | |
| LA QUINTA INNS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court finds in favor of Defendant and against Plaintiffs on their negligence claims. The Court concludes that the Plaintiffs failed to prove Defendant's liability by a preponderance of the evidence.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE